# Third District Court of Appeal

## State of Florida

Opinion filed July 31, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-436
Lower Tribunal No. 21-22931

_____

**City of Miami**,
Appellant,

vs.

**Virginia Key, LLC**,
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Alan Fine, Judge.

George K. Wysong III, City Attorney, and Eric J. Eves, Senior Appellate Counsel, for appellant City of Miami.

Coffey Burlington, P.L., and Kendall B. Coffey, Daniel F. Blonsky and Scott A. Hiaasen, for appellee.

Shubin Law Group, P.A., and John K. Shubin, K. Denise Haire and Jamie L. Katz, for Rickenbacker Marina, Inc., as amicus curiae.

Before SCALES, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed.  See Marriott Corp. v. Metro. Dade Cnty., 383 So. 2d 662 (Fla. 3d DCA 1980); Wood-Hopkins Contracting Co. v. Roger J. Au & Son, Inc., 354 So. 2d 446 (Fla. 1st DCA 1978).